Desiree Wilson
Wyoming State Bar No. 7-4764
Assistant United States Attorney
District of Wyoming
P.O. Box 449
Lander, WY 82520
(307) 332-8195
desiree.wilson@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 16CR40-S |
| ROBERT HOWARD SNYDER, | |
| Defendant. | |

## MOTION FOR DETENTION HEARING

The United States moves for pretrial detention of the Defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

1. Eligibility of Case. This case is eligible for a detention order because the case involves the following:

   **Serious risk Defendant will flee**

2. Reason for Detention. The court should detain the Defendant because there are no conditions of release which will reasonably assure:

   **Defendant's appearance as required**
   **Safety of any other person and the community**

3. Rebuttable Presumption. The United States will not invoke the rebuttable presumption against the Defendant under § 3142(e).

4. Time for Detention Hearing. The United States requests the Court conduct the detention hearing:

**After a continuance of three days**

DATED this 15th day of March, 2016.

CHRISTOPHER A. CROFTS
United States Attorney

By: _____
DESIREE WILSON
Assistant United States Attorney