Desiree Wilson
Wyoming State Bar No. 7-4764
Assistant United States Attorney
District of Wyoming
P. O. Box 449
Lander, WY    82520
(307) 332-8195
desiree.wilson@usdoj.gov

Daniel G. Blythe
Wyoming State Bar No. 5-1636
Federal Public Defender's Office
214 West Lincolnway, Suite 31-A
Cheyenne, Wyoming 82001
(307) 772-2781
daniel_blythe@fd.org

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Docket No.  **16-CR-40-S** |
| ) | |
| **ROBERT HOWARD SNYDER,** ) | |
| ) | |
| Defendant. ) | |

## JOINT STATUS REPORT

The United States Attorney, acting by and through its attorney, Desiree Wilson, Assistant United States Attorney for the District of Wyoming, and the Defendant, Robert Howard Snyder, represented by his attorney, Daniel G. Blythe, hereby provide the parties' joint status report in accordance with the Court's Order of June 9, 2016.

Discovery has been produced and defense counsel has reviewed it.  Defense counsel is currently in trial, after having only recently finished another trial.  Therefore, defense counsel may not be able to meet the current plea agreement deadline.   However, the parties are engaged in plea negotiations, and are working towards a resolution.   If a plea agreement is reached, a signed plea agreement will be filed with the Court and a Change of Plea hearing requested.

The Parties would further inform the Court they are aware of the plea agreement deadline of June 27, 2016, and will continue to negotiate with that deadline in mind.

Dated this 20th day of June, 2016.

        Respectfully submitted,

        CHRISTOPHER A. CROFTS
        UNITED STATES ATTORNEY

By    */s/ Desiree Wilson*
        DESIREE WILSON
        Assistant United States Attorney


        */s/ Daniel G. Blythe*
        DANIEL G. BLYTHE
        Attorney for Defendant Robert Howard Snyder